### BAGLEY *v*. THE STATE.

ATKINSON, Presiding Justice. This certified question (Case 28964) submitted by the Court of Appeals is identical with that submitted at the same time, to wit in *Davis* v. *State,* ante, 648, and is controlled by the decision in that case. The question is accordingly answered in the negative. *All the Justices concur.*